Catherine L. Boyer, Respondent, v. Frank W. Boyer, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Joseph M. Byrne and Others, Appellants, v. Rafala S. Beston, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

· Macy F. Deming, as Executor, etc., of Lamora F. Deming, Deceased, Respondent, v. Thomas H. Thomsen, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred.

George E. Dunscombe, Appellant, v. Ardsley Motor Car Company, Respondent.— Judgment of the City Court of Yonkers affirmed by default, with costs. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.

Adolph Fechner, Jr., Appellant, v. Central New England Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

The Ovington Brothers Company, Appellant, v. Cornelia M. Henshaw, Individually and as Executrix, etc., of Sarah Gracie, Deceased, Respondent.— Judgment affirmed, with costs, on the opinion of Gaynor, J., at Special Term. (Reported in 47 Misc. Rep. 167.) Hirschberg, P. J., Woodward and Miller, JJ., concurred; Jenks and Hooker, JJ., dissented.

Joseph L. Sigretto and James Mannino, Copartners, as Sigretto & Mannino, Respondents, v. Ernest C. Brower, Appellant, Impleaded with The Ætna Indemnity Company and Others.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

John Sloan, Appellant, v. John McKane, Respondent.— Order modified by requiring the defendant to pay to the plaintiff or his attorney the sum of $1,500 as a condition of opening the default instead of the sum of $250, and as modified affirmed, with $10 costs and disbursements to the appellant. No opinion. Hirschberg, P. J., Gaynor and Rich, JJ., concurred; Woodward and Miller, JJ., voted for affirmance.

Mabel Turnbull, Respondent, v. The President and Trustees of the Village of Ossining, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller JJ.

Bert C. Wilson, Respondent, v. George J. Simmons, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Timothy L. Woodruff, Plaintiff, v. Clement C. Gaines and Others, Respondents, Impleaded with Carlotta E. Ussher, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Albert Henry Date, Respondent, v. The New York Glucose Company, Appellant — Motion to resettle order granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Frank Dojahn, Respondent, v. Herman Schomaker, Appellant.— Motion to compel filing of return granted. If it is impossible to procure a copy of the